UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SAMUEL HRYNCEWIZ              )
                                       )
      Plaintiff-Appellant      )
                                       )    No. 26-5095
v.                                  )
                                       )
CITY OF JASPER, TN; JUSTIN GRAHAM, )
DERRICK LONG, in their individual and  )
Official capacities              )
                                       )
      Defendants - Apellees     )

---

## STIPULATION OF DISMISSAL

---

Pursuant to Rule 33 of the Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.


DAVIS & DAVIS

By: /s/ Robert Floyd Davis
     Robert Floyd Davis
     433 Cherokee Blvd.
     Chattanooga, TN 37405
     (423) 267-7000
     robert@southerninjurylaw.com
     Attorney for Plaintiff-Appellant

SPEARS, MOORE, REBMAN & WILLIAMS, PC

By: /s/ Philip Aaron Wells

Philip Aaron Wells
601 Market St., Suite 400
Chattanooga, TN 37402
(423) 756-7000
awells@smrw.com